# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

v.                                          Case No. 4:13cr105-MW/GRJ

**TERRY CONRAD GRIFFIN,**

    **Defendant/Petitioner,**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 93. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 78, **is DISMISSED** with prejudice. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on March 13, 2018.**

                                            **s/Mark E. Walker**
                                            **United States District Judge**